MORRIS FINN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the

Court of Appeals denied. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.